1  TODD F. STEVENS (SBN 137842)
   tstevens@keenlaw.com
2  MARY M. BEST (SBN 110220)
   mbest@keenlaw.com
3  **KEENEY WAITE & STEVENS**
   A Professional Corporation
4  402 West Broadway, Suite 1820
   San Diego, CA  92101
5  Telephone:   (619) 238-1661
   Facsimile:    (619) 231-1897
6
7  Attorneys for Defendant MIDLAND CREDIT MANAGEMENT, INC.
8

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| EMANUEL JOHNSON, | Case No.  '13CV0765 DMS WMC |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION** |
| v. | **UNDER 28 U.S.C. §11441(a)** |
| MIDLAND CREDIT MANAGEMENT, INC.; and DOES 1 to 20, INCLUSIVE, | **(FEDERAL QUESTION)** |
| Defendant. | |

TO:  THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that pursuant to 28. U.S.C. §1441(a), Defendant Midland Credit Management, Inc. ("Defendant") hereby removes to the United States District Court for the Southern District of California the State Court action described below.  This removal is based on the following grounds:

1. On February 19, 2013, Plaintiff Emanuel Johnson ("Plaintiff") commenced an action against Defendant in the Superior Court of the State of California, County of San Diego, Central Division, entitled *Emanuel Johnson v. Midland Credit Management, Inc.* Case No. 37-2013-00035317-CL-NP-CTL (the "Complaint").  A true and correct copy of the Complaint is attached as Exhibit A.

2.      On March 1, 2013, Defendant received a copy of the Complaint in that action via service on CT Corporation System by process server.  A true and correct copy of the Notice of Service of Process is attached hereto as Exhibit B.  Therefore, this Notice of Removal is timely under 28 U.S.C. §1446(b).

3.      On March 29, 2013, Defendant filed its answer to the Complaint in the Superior Court of the State of California.   A true and correct copy of the Answer is attached hereto as Exhibit C.

## JURISDICTION

4.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331 and which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a) in that the Complaint asserts federal claims against Midland allegedly arising under 15 U.S.C. §§1692, *et seq*. (the Fair Debt Collection Practices Act).

5.      As the Complaint was filed in the Superior Court of the State of California, County of San Diego, Central Division, venue in the Southern District is proper.  There are no other defendants named in this action.

6.      Defendant is represented in this action by the undersigned.

Dated:  March 29, 2013          **KEENEY WAITE & STEVENS**
                                A Professional Corporation

                                By:   /s/ Todd F. Stevens

                                _____
                                Todd F. Stevens
                                Attorneys for Defendant
                                MIDLAND CREDIT  MANAGEMENT, INC.